DAVID BARRON
Nevada Bar No. 142
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile: 702-870-3950
Email: dbarron@lvnvlaw.com
*Attorneys for Defendants Terry Rosso and Desert Sand and Rock, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGIE HORN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY ROSSO, individually; DESERT SAND AND ROCK, LLC; DESERT SAND AND ROCK FLATBED SERVICES, LLC; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No:   2-13-cv-00117-APG-CWH<br><br>**STIPULATION TO VACATE CALENDAR CALL and SCHEDULE STATUS CHECK** |

The undersigned counsel for Plaintiff, ANGIE HORN, and Defendants, TERRY ROSSO and DESERT SAND and ROCK FLATBED SERVICES, LLC, represent to the Court that they have agreed to settle the referenced matter on behalf of their respective clients, and in the interests of conserving judicial and legal resources hereby stipulate regarding the following, and ask that the Court enter its order accordingly:

1. That Calendar Call for the above referenced matter of April 22, 2015 at 8:45 AM be vacated; and

///

///

///

///

629.30

2. That the matter be scheduled for a Status Check for 60 days from the date of the Court's order. **ORDERED:** a status check is scheduled for June 24, 2015 at 2:00 p.m. in Courtroom 6C.

Respectfully submitted,

| NAQVI INJURY LAW | BARRON & PRUITT, LLP |
|---|---|
| /s/ Farhan R. Naqvi | /s/ David Barron |
| FARHAN R. NAQVI | DAVID BARRON |
| Nevada Bar No. 8589 | Nevada Bar No. 142 |
| ELIZABETH E. COLEMAN | 3890 West Ann Road |
| Nevada Bar No. 12350 | North Las Vegas, NV 89031 |
| 9500 W. Flamingo Road, Suite 104 | Telephone: 702-870-3940 |
| Las Vegas, Nevada 89147 | Facsimile: 702-870-3950 |
| Telephone: 702-553-1000 | Email: dbarron@lvnvlaw.com |
| Facsimile: 702-553-1002 | *Attorneys for Defendants Terry Rosso and* |
| Email: Naqvi@PersonalInjuryofNevada.com | *Desert Sand and Rock, LLC* |
| *Attorneys for Plaintiffs* | |

### ORDER

**IT IS SO ORDERED.**

DATED this 21st day of April, 2015.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**