**DAVID BARRON**
Nevada Bar No. 142
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: 702-870-3940
Facsimile: 702-870-3950
Email: dbarron@lvnvlaw.com
*Attorneys for Defendants Terry Rosso and Desert Sand and Rock, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGIE HORN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> TERRY ROSSO, individually; DESERT SAND AND ROCK, LLC; DESERT SAND AND ROCK FLATBED SERVICES, LLC; DOES I-X and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No: 2-13-cv-00117-APG-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs, ANGIE HORN, and Defendants, TERRY ROSSO and DESERT SAND AND ROCK, LLC, by and through their

///
///
///
///
///
///
///
///
///

629.30

respective attorneys that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

NAQVI INJURY LAW

FARHAN R. NAQVI
Nevada Bar No. 8589
ELIZABETH E. COLEMAN
Nevada Bar No. 12350
9500 W. Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: 702-553-1000
Facsimile:  702-553-1002
Email:  Naqvi@PersonalInjuryofNevada.com
*Attorneys for Plaintiffs*

BARRON & PRUITT, LLP

DAVID BARRON
Nevada Bar No. 142
3890 West Ann Road
North Las Vegas, NV 89031
Telephone: 702-870-3940
Facsimile:  702-870-3950
Email: dbarron@lvnvlaw.com
*Attorneys for Defendants Terry Rosso and Desert Sand and Rock, LLC*

## ORDER

IT IS SO ORDERED.

DATED this 27th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE